In the Matter of MARION Z. ANDERSON, as Executrix of EDWARD N. ANDERSON, Deceased, Respondent.

EDMUND F DRIGGS, Appellant.

(Argued October 13, 1931; decided November 17, 1931.)

*Edmund F. Driggs* and *Frank W. Holmes* for appellant.
*William M. Winans* and *G. W. Winans* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.